UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA MAAYAH,

                Plaintiff,

-v-

FAREVA USA, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4731 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Response to its September 20, 2024 Order to Show Cause why Defendants Thibaut Fraisse, Angelina Moryama, and Alexander Daniellot (the "Individual Defendants") should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 27 (the "OTSC Response")). By **Monday, October 14, 2024**, Defendants Fareva USA, Inc. and Chromavis USA, Inc. (the "Corporate Defendants") shall respond to the OTSC Response, addressing (1) Plaintiff's contention that the Individual Defendants should be deemed served by virtue of the Corporate Defendants having signed a waiver of service of summons and (2) whether counsel for the Corporate Defendants intends to waive service of summons on behalf of the Individual Defendants.

Dated:      New York, New York
             October 7, 2024

                                              SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**